## HUFFMAN v. THE CITY OF BIRMINGHAM.

(Decided November 27th, 1914.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WILLIAM E. FORT.

No counsel marked for appellant. J. P. MUDD, for appellee.

Per curiam. Affirmed for failure to assign error.